Juana **AJIATAZ–GUICO, Petitioner,**

v.

**Board Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

No. 12–1048.

United States Court of Appeals, Eighth Circuit.

Submitted: July 5, 2012.

Filed: July 10, 2012.

Chinedu Igbokwe, Emeka Igbokwe, Banwo & Igbokwe Law Firm, Omaha, NE, for Petitioner.

Robbin Kinmonth Blaya, Karen Yolanda Drummond, Richard M. Evans, Ilissa M. Gould, U.S. Department of Justice, Washington, DC, for Respondent.

Before WOLLMAN, MELLOY, and SMITH, Circuit Judges.

PER CURIAM.

Guatemalan citizen Juana Ajiataz–Guico petitions for review of an order of the Board of Immigration Appeals (BIA), which affirmed an immigration judge's denial of asylum, withholding of removal, and relief under the Convention Against Torture (CAT). Ajiataz–Guico was denied asylum based on the untimeliness of her application, and was denied withholding of removal and CAT relief based on the merits of her requests.

We first note that this court lacks jurisdiction to review the BIA's determinations regarding the untimeliness of Ajiataz–Guico's asylum application. *See* 8 U.S.C. § 1158(a)(3). After careful review, we conclude that substantial evidence supports the BIA's denials of withholding of removal and CAT relief. *See Wijono v. Gonzales,* 439 F.3d 868, 872–74 (8th Cir. 2006). Finally, to the extent Ajiataz–Guico raises new issues in her petition, we do not consider them. *See Chak Yiu Lui v. Holder,* 600 F.3d 980, 984 (8th Cir.2010).

Accordingly, we deny the petition. *See* 8th Cir. R. 47B.